UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT LONDON

CRIMINAL CASE NO. 99-98-JBC

UNITED STATES OF AMERICA                                                              PLAINTIFF

**ORDER**

vs.

JOHN JAMES RUTHERFORD,                                                              DEFENDANT

\* \* \* \* \*

The Magistrate Judge having issued a Report and Recommendation on defendant's alleged supervised release violation, and the defendant having waived his right of allocution,

**IT IS ORDERED** that the Report and Recommendation is **ADOPTED**.

**IT IS FURTHER ORDERED** that the term of supervised release of the defendant is revoked, that the defendant is committed to the custody of the Bureau of Prisons for a term of ten (10) months, and that no further term of supervised release is imposed.

Signed on May 14, 2007



JENNIFER B. COFFMAN, JUDGE
U.S. DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY